■ LEGISLATURE OF THE COUNTY OF MONROE, Respondent, v JACK G. LUBELLE, as Executor of RAPHAEL E. MARR, Deceased, et al., Appellants.— Order unanimously affirmed, without costs (see *City of Buffalo v Goldman,*

63 AD2d 828, 829). (Appeal from order of Monroe Supreme Court—expert witness fees.) Present—Cardamone, J. P., Hancock, Jr., Schnepp, Callahan and Witmer, JJ. [94 Misc 2d 413.]